**CRIMINAL COMPLAINT**
**(Electronically Submitted)**

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>**v.**<br>**Ramses Giron**<br>DOB: 1982; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>25-07143MJ |

Complaint for a violation of Title 18, United States Code, § 554(a)

On or about January 22, 2025, in the District of Arizona, **Ramses Giron** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: one (1) 9mm subcompact Hi-Point pistol containing 8 rounds of ammunition and 74 rounds of ammunition, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; all in violation of Title 18, United States Code, Section 554(a).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On January 22, 2025, **Ramses Giron** attempted to exit the United States and enter the Republic of Mexico through the Mariposa Port of Entry in Nogales, Arizona. Customs and Border Protection Officers (CBPOs) were conducting outbound inspections when they stopped **Giron**, who was the driver and sole occupant of a white Ford F250 truck attempting to travel to Mexico. CBPOs asked **Giron** if he had any weapons, ammunition, or currency more than $10,000 dollars to declare. **Giron** stated that he did not. After CBPOs asked **Giron** to step out of the vehicle, they conducted a physical pat down inspection of **Giron** and discovered a loaded pistol inside of his breast jacket pocket. The pistol was a 9mm subcompact Hi-Point pistol containing 8 rounds of ammunition.

CBPOs sent the vehicle to secondary inspection to the Z portal x-ray machine and received negative results for anomalies inside of the vehicle. In a visual inspection of the vehicle, CBPOs discovered two boxes of ammunition totaling 74 rounds.

In a post-*Miranda* interview, **Giron** told agents that he knew why he was being interviewed by them and admitted he was attempting to export a firearm into Mexico. **Giron** admitted that he did see signs posted outside of the port of entry that specifically show that firearms are not legal or allowed in Mexico but made the decision to take a chance and cross anyway. **Giron** stated that he was working a construction job in Rio Rico, Arizona, and that he was crossing into Mexico to make copies of construction plans because it was cheaper to make copies there than to get copies made in Green Valley. **Giron** admitted he purchased the pistol from a private source and carried it for self-defense. **Giron** did not possess a firearms export license.

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESSES IN RELATION TO THE CHARGE:   N/A

| DETENTION REQUESTED<br>   Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge.<br><br>AUTHORIZED BY AUSA *Raquel Arellano* RAQUEL ARELLANO Digitally signed by RAQUEL ARELLANO Date: 2025.01.23 09:55:16 -07'00' | SIGNATURE OF COMPLAINANT<br><br>JORDAN A APALATEGUI Digitally signed by JORDAN A APALATEGUI Date: 2025.01.23 10:13:05 -07'00'<br><br>OFFICIAL TITLE<br>HSI Special Agent Jordan Apalategui |
|---|---|
| **Sworn by telephone   x** | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>January 23, 2025 |

[1]   See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

25-07143MJ

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**

The firearm and ammunition found on **Giron** and in the vehicle qualify as a United States Commerce Control List items and therefore are prohibited by law for export from the United States into Mexico without a valid license. **Giron** does not possess a firearms export license.